UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHAN LUU, LLC, <br><br>            Plaintiff, <br><br>   v. <br><br>LIZOU d/b/a THE LIZOU COLLECTION; ABSTRAKT; and LIZE MARIE HOTTEGINDRE, <br><br>            Defendants. <br><br>LIZOU d/b/a THE LIZOU COLLECTION; ABSTRAKT; and Lize Marie HOTTEGINDRE, <br><br>            Defendants/Counterclaimants, <br><br>   v. <br><br>CHAN LUU, LLC, <br><br>            Plaintiff/Counter-Defendant. | Case No. 2:15-cv-06479- JAK (PLAx) <br><br>**STIPULATED ORDER FOR DISMISSAL OF COUNTERCLAIM WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT** <br><br>**JS-6** <br><br>**Hon. John A. Kronstadt** |

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

14432078 2

The parties, having reached a full settlement of this matter, hereby stipulate, subject to the approval of the Court, to the entry of the permanent injunction and final judgment set forth below.

**IT IS HEREBY ORDERED THAT:**

The parties, having reached a full settlement of this matter, hereby stipulate and agree to the dismissal of Defendants' counterclaim with prejudice and entry of a permanent injunction and final judgment as follows:

1. Defendants Lizou d/b/a The Lizou Collection, Abstrakt, and Lize Marie Hottegindre dismiss their counterclaim [docket entry 17] with prejudice;

2. Defendants Lizou d/b/a The Lizou Collection, Abstrakt, and Lize Marie Hottegindre (collectively, "Defendants"), their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this Order, are permanently enjoined from using in commerce the curved oval button depicted in Exhibit 3 to the Complaint, or any confusingly similar designation thereto. A copy of Exhibit 3 to the Complaint is attached hereto as Exhibit A.

3. This Court has jurisdiction over the parties and the subject matter of this action. This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction.

4. All relief not expressly granted herein is DENIED.

5. Each party shall bear its own costs, expenses and attorney's fees.

**6.** This is a Final Judgment, and except as to this stipulated injunction, all claims and counterclaims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 12, 2016

Hon. John A. Kronstadt
United States District Judge